422

within twenty-one days thereafter a further and better statement of the nature of his claim, with respect to whether or not he published his work with notice of copyright, and whether he deposited in the Copyright Office a published copy of his work containing a notice of copyright; and

It further appearing that, without filing such further and better statement, plaintiff, on April 6, 1939, filed a motion to dismiss his complaint without prejudice, and with costs taxed against the plaintiff; and

It further appearing that on July 14, 1939, after counsel for both parties had filed briefs, and after a hearing had been had, the court granted plaintiff's motion to dismiss, with allowance of costs to the defendants and such attorneys' fees as might thereafter be awarded, the court reserving jurisdiction to pass upon the matter of attorney's fees; and

It further appearing that by reason of the filing and prosecution of this action defendants have been wrongfully subjected to the expense of legal services rendered by counsel on their behalf:

The Court concludes that this action was filed without justification, either in law or in fact, and that each of said defendants is entitled to a reasonable attorney's fee.

For the reasons set forth in the memorandum of conclusions this day filed, it is ordered that defendant Montgomery Ward & Company and defendant Columbia Broadcasting System, Inc., are each allowed the sum of $400 as attorney's fees, in addition to all other costs herein incurred.

Bonpane & Prince, of Hollywood, Cal., for plaintiff.

Frederick Leuschner & Richard Harper Graham, of Hollywood, Cal., for Montgomery Ward & Co.

O'Melveny & Myers, of Los Angeles, Cal., for Columbia Broadcasting Co.

HOLLZER, District Judge.

It appearing from the memorandum of conclusions filed herein and bearing date of January 31, 1940, that this action for damages for infringement of copyright was filed in good faith and that defendant's motion to dismiss was sustained upon a question of law not heretofore passed upon in the reported decisions, it is ordered that defendant's motion for attorney's fees herein be denied.

**UNITED STATES ex rel. MARKS v. BROOKS, Justice of Peace, et al.**
**No. 680.**

District Court, N. D. Indiana, South Bend Division.

Feb. 28, 1940.

**CORCORAN v. MONTGOMERY WARD & CO., et al.**
**No. 388–H.**

District Court, S. D. California, Central Division.

March 15, 1940.